$402

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Jordan Tyler Breslow
(Pro Se)
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Carvana Co.
1930 W. Rio Salado Pkwy
Tempe, AZ 85281

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Jordan Tyler Breslow
            Street Address    314 S. Henderson Rd, Unit G103
            County, City      Montgomery County, King of Prussia
            State & Zip Code  Pa. 19406
            Telephone Number  (215) 206-3562

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name **Carvana Co.**
                    Street Address **1930 W. Rio Salado Pkwy**
                    County, City **Maricopa County, Tempe**
                    State & Zip Code **Arizona, 85281**

Defendant No. 2     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____

Defendant No. 3     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____

Defendant No. 4     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions        ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Interstate Commerce**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **Pennsylvania**

B. What date and approximate time did the events giving rise to your claim(s) occur? **10/30/2021**

C. Facts: **See attachment**

[Sidebar prompts: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV.     **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

*See attachment*

V.      **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*See Attachment*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2nd day of November, 20 21.

Signature of Plaintiff _JB_
Mailing Address 314 S. Henderson Rd
Unit G103
King of Prussia, Pa. 19406
Telephone Number (215) 206-3562
Fax Number *(if you have one)* _____
E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____