Breslow v. Carvana Co. Case #: 2:21-cv-04915

Proof of service via Certified Mail.

See Attached stub.

Respectfully Submitted,

JB (Prose Plaintiff)

Date: 11/12/2021

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tempe, AZ 85281

| Certified Mail Fee | $3.75 | 0806 |
|---|---|---|
| $ | | 48 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $8.70 | 11/10/2021 |
| Total Postage and Fees | | |
| $ | $12.45 | |
| Sent To Carvana Co. | | |
| Street and Apt. No., or PO Box No. 1930 West Rio Salado Pay | | |
| City, State, ZIP+4® Tempe, AZ 85281 | | |

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0350 0001 5007 0308

(Case #: 2:21-cv-04915)

Breslow v. Carvana Co.

Case #: 2:21-CV-04915

2021 NOV 12 PM 12
USDC-EDPA REC'D CLERK

U.S.M.S.
PAY