UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JORDAN TYLER BRESLOW<br><br>Plaintiff,<br><br>v.<br><br>CARVANA CO.,<br><br>Defendant. | CIVIL ACTION<br>CASE #: 2:21-cv-04915<br>**MOTION FOR ENTRY**<br>**OF DEFAULT FINAL JUDGMENT** |

I undersigned Pro Se Plaintiff, move this Court for entry of a default judgment as to defendant CARVANA CO., upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55, Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

1. More than twenty-one days, have elapsed since the service of said Complaint and Summons upon defendant, and no Answer thereto having been served by defendant upon CARVANA CO.

2. Defendant has failed to defend this action, and JORDAN TYLER BRESLOW is entitled to judgment by default against defendant.

3. Pursuant to the provisions of Rule 55, Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendant for relief sought by plaintiff in its complaint, and written notice of this action has been given to defendant.

Respectfully submitted,

*JB* (signature)

12/3/2021

Breslow
v.
Carvana Co.

Case #:
2:21-cv-04915