IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN TYLER BRESLOW, | : | |
| Plaintiff, | : | No. 21-cv-4915-JMY |
| | : | |
| v. | : | |
| | : | |
| CARVANA CO., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 8th day of December, 2021, upon consideration of the Motion for Entry of Default Judgment (ECF No. 4) filed by the *pro se* Plaintiff, Jordan Tyler Breslow, it is hereby ORDERED that Plaintiff's Motion is DENIED without prejudice.[1]

IT IS SO ORDERED.

BY THE COURT:

  /s/ John Milton Younge  
Judge John Milton Younge

---

[1] Plaintiff cannot file a motion for entry of default judgment without filing a request for default judgment. Generally, entry of default is a ministerial task performed by the Clerk of Court upon request. See Fed R. Civ. P. 55(a) (stating that "the clerk must enter default" when a defendant has "failed to plead or otherwise defend, and that failure is "shown by affidavit or otherwise"). Plaintiff's filing was submitted as a "Motion" rather than as a request for entry of default; therefore, the Clerk of Court cannot enter default in a ministerial capacity. Plaintiff should first file a request for default judgment against the defendant prior to motioning for entry of judgment.