IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN TYLER BRESLOW, | : | |
| Plaintiff, | : | No. 21-cv-4915-JMY |
| | : | |
| v. | : | |
| | : | |
| CARVANA CO., | : | |
| Defendant. | : | |

### Request for Default Judgment

Pursuant to Federal Civil Procedure Rule 55, the *pro se* Plaintiff, humbly asks the court to consider the entry of a default judgment against the defendant in this case *Carvana Co.* The defendant has failed to respond in the appropriate amount of time in any way (the defendant has "failed to plead or otherwise defend"). The proof of service that has already been docketed and may serve as an affidavit that the defendant was properly informed with a summons in this case.

Respectfully Submitted,

Jordan Tyler Breslow