| | |
|---|---|
| **From:** | Jordan Breslow <jordanbreslow93@gmail.com> |
| **Sent:** | Monday, December 13, 2021 6:28 AM |
| **To:** | PAED Documents |
| **Subject:** | Breslow v. Carvana Co. Case 2:21-cv-04915 |
| **Attachments:** | Case 221cv04915 Dec 2021.pdf |

**CAUTION - EXTERNAL:**

Please see attached.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.