IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORDAN TYLER BRESLOW,  :
    Plaintiff,  :   No. 21-cv-4915-JMY
                            :
v.  :
                            :
CARVANA CO.,  :
    Defendant.  :

## Motion for Reconsideration

On this day January 6th, 2022, after receiving the courts denial of my request for a default judgment, I humbly apologize for submitting proof of service incorrectly and I'm taking leave to use a process server to appropriately serve the defendant in this case. I will add it to the docket when it becomes available sometime next week via the clerk's office. I do not wish for this case to be dismissed and would like it to go forward.

Respectfully Submitted,

Jordan Breslow (Pro Se)