# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN TYLER BRESLOW, | : | |
|     Plaintiff, | : | No. 21-cv-4915-JMY |
| | : | |
| v. | : | |
| | : | |
| CARVANA CO., | : | |
|     Defendant. | : | |

## **ORDER**

AND NOW, this 11th day of January, 2022, upon consideration of the Motion for Reconsideration (ECF No. 8) filed by the Plaintiff, it is hereby ORDERED that Plaintiff's Motion shall be GRANTED as follows—Plaintiff shall have 45 days from the date that this Order is entered on the docket to effectuate service of process of the Summons and Complaint on the Defendant, Carvana Co.

IT IS SO ORDERED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge