IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN TYLER BRESLOW, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.  2:21-cv-04915-JMY |
| | : | |
| CARVANA CO., | : | |
| Defendant. | : | |

## JOINT STIPULATION REGARDING SERVICE OF PROCESS AND DEFENDANT CARVANA CO.'S TIME TO RESPOND TO COMPLAINT

Plaintiff Jordan Tyler Breslow and Defendant Carvana Co. ("Carvana"), through its counsel, hereby STIPULATE to the following:

1.      Carvana's time to file Answer, Move or Otherwise Reply to the Complaint, (ECF No. 1), is February 25, 2022.

2.      Carvana accepts service of the Complaint through its attorneys, whose signatures appear below. Service shall be deemed to be accepted as of January 13, 2022. By authorizing its counsel to accept service on its behalf, Carvana does not concede or waive any defense, or the right to pursue the filing of any defensive motion, including any Rule 12(b) motion directed to lack of subject-matter or personal jurisdiction, or that the claims asserted fail to state a cause of action upon which relief can be granted.

3.      The Parties reserve all rights to seek to modify, alter, or amend this stipulation, for good cause shown.

155749.00623/127887029v.2

2

Respectfully submitted,

**JORDAN TYLER BRESLOW**

/s/

Jordan Tyler Breslow
314 S. Henderson Rd., Unit G103
King of Prussia, PA 19406
Tel:    (215) 206 3562
Jordanbreslow93@gmail.com
*Pro Se Plaintiff*

Dated: 01/13/2022

**BLANK ROME LLP**

/s/    *Michael A. Iannucci*

Michael A. Iannucci (PA: 206169)
Erin K. Fountaine (PA: 330314)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel:    (215) 569-5543/5312
Fax:    (215) 832-5543/5336
michael.iannucci@blankrome.com
erin.fountaine@blankrome.com
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I, Erin K. Fountaine, hereby certify that on January 13, 2022 copy of the foregoing Joint Stipulation Regarding Service of Process and Defendant Carvana Co's Time to Respond to Complaint was filed electronically with the Electronic Court Filing (CM/ECF) system of the United States District Court of the Eastern District of Pennsylvania, and was served upon Plaintiff via First Class Mail and electronic mail.

Jordan Tyler Breslow
314 S. Henderson Rd, Unit G103
King of Prussia, Pennsylvania 19406
Jordanbreslow93@gmail.com
*Pro se Plaintiff*

*/s/ Erin K. Fountaine*
Erin K. Fountaine

3

155749.00623/127887029v.2