# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN TYLER BRESLOW (Pro se), | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 2:21-cv-04915 |
| CARVANA CO., | : Judge John Milton Younge |
| Defendant. | : |

## ORDER

AND NOW, on this 14th day of January 2022, upon consideration of the Joint Stipulation Regarding Service of Process and Defendant Carvana Co.'s Time to Respond to Complaint, filed by Defendant Carvana Co., it is hereby ORDERED that Defendant's time to respond to Plaintiff's Complaint (ECF No. 1) is February 25, 2022, and service of process shall be deemed accepted by Defendant as of January 13, 2022.

IT IS SO ORDERED.

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge

155749.00623/127887031v.1