**CERTIFICATE OF SERVICE**

I, Erin K. Fountaine, hereby certify that on March 23, 2022, a copy of the foregoing Memorandum of Law in in Support of Motion to Stay Discovery was filed electronically with the Electronic Court Filing (CM/ECF) system of the U.S. District Court of the Eastern District of Pennsylvania and was served upon Plaintiff via First Class Mail and electronic mail.

Jordan Tyler Breslow<br>
314 S. Henderson Rd, Unit G103<br>
King of Prussia, Pennsylvania 19406<br>
Jordanbreslow93@gmail.com<br>
*Pro se Plaintiff*

*/s/ Erin K. Fountaine*
Erin K. Fountaine

155749.00623/128565114v.1