| | |
|---|---|
| **From:** | Jordan Breslow <jordanbreslow93@gmail.com> |
| **Sent:** | Thursday, March 24, 2022 11:17 AM |
| **To:** | PAED Documents |
| **Subject:** | Breslow v. Carvana Case No. 2:21-cv-04915 |
| **Attachments:** | 20220324111040.pdf |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.