IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN TYLER BRESLOW (Pro se), : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | No.  2:21-cv-04915 |
| : | |
| CARVANA CO., : | Judge John Milton Younge |
| : | |
| Defendant. : | |

### DEFENDANT CARVANA, LLC'S MOTION TO STAY DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26(c) Defendant Carvana, LLC (incorrectly identified as "Carvana Co.") ("Carvana"), through its attorneys, Blank Rome LLP, respectfully moves this Court to enter an order staying discovery pending the Court's ruling on Carvana's pending *Motion to Dismiss for Failure to State a Claim* ("Motion to Dismiss").  In support thereof, Carvana submits the accompanying memorandum of law, which is incorporated by reference, and a proposed Order.

Respectfully submitted,

**BLANK ROME LLP**

Date:  March 25, 2022

*s/ Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal
One Logan Square
130 North 18th Street
Tel: (215) 569-5553
Fax: (215) 832-5533
Email: jeffrey.rosenthal@blankrome.com

Erin K. Fountaine
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5312
Fax: (215) 832-5336
Email: erin.fountaine@blankrome.com

*Attorneys for Defendant Carvana, LLC*

## CERTIFICATE OF SERVICE

I, Erin K. Fountaine, hereby certify that on March 25, 2022, a copy of the foregoing *Motion to Stay Discovery* was filed electronically with the Electronic Court Filing (CM/ECF) system of the U.S. District Court of the Eastern District of Pennsylvania and was served upon Plaintiff via First Class Mail and electronic mail.

Jordan Tyler Breslow<br>
314 S. Henderson Rd, Unit G103<br>
King of Prussia, Pennsylvania 19406<br>
Jordanbreslow93@gmail.com<br>
*Pro se Plaintiff*

*/s/ Erin K. Fountaine*
Erin K. Fountaine