# EXHIBIT A

## Fountaine, Erin

| | |
|---|---|
| **From:** | jordanbreslow93 <jordanbreslow93@gmail.com> |
| **Sent:** | Wednesday, March 23, 2022 6:58 PM |
| **To:** | Fountaine, Erin |
| **Subject:** | RE: Breslow v. Carvana - Case No. 2:21-cv-04915 |

My position is no stay is necessary.

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------
From: "Fountaine, Erin" <Erin.Fountaine@BlankRome.com>
Date: 3/23/22 6:42 PM (GMT-05:00)
To: Jordan Breslow <jordanbreslow93@gmail.com>
Cc: "Flanders, Craig" <craig.flanders@blankrome.com>, "Rosenthal, Jeffrey" <jeffrey.rosenthal@blankrome.com>
Subject: RE: Breslow v. Carvana - Case No. 2:21-cv-04915

Mr. Breslow,

Thanks for the phone call a moment ago. This email confirms your position that you do not consent to stay discovery pending a ruling on Carvana's *Motion to Dismiss*.

Thanks!

**Erin K. Fountaine**  |  BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5312 | F: 215.832.5336 | erin.fountaine@blankrome.com

**From:** Fountaine, Erin
**Sent:** Wednesday, March 23, 2022 6:27 PM
**To:** Jordan Breslow <jordanbreslow93@gmail.com>
**Cc:** Flanders, Craig <craig.flanders@blankrome.com>; Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Subject:** Breslow v. Carvana - Case No. 2:21-cv-04915

Mr. Breslow,

Attached please find a *Motion to Deem Motion to Dismiss as Uncontested* filed earlier today in the *Breslow v. Carvana* matter, Case No. 2:21-cv-04915 (ED Pa). This document is also coming to you via first class mail to the address provided on your Complaint.

Separately, Carvana intends to seek a stay of discovery in advance of the May 5, 2022 Scheduling Conference pending a ruling on its *Motion to Dismiss*. Please let us know at your earliest convenience if you agree, so we do not need to seek such relief from the Court.

Please feel free to give us a call at the contact information below or my cell phone, 484-885-6910, if you have any questions.

Thanks!

**Erin K. Fountaine**  | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5312 | F: 215.832.5336 | erin.fountaine@blankrome.com

**************************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**************************************************************************************************************