## CERTIFICATE OF SERVICE

    I, Erin K. Fountaine, hereby certify that on March 25, 2022, a copy of the foregoing Memorandum of Law in in Support of Motion to Stay Discovery was filed electronically with the Electronic Court Filing (CM/ECF) system of the U.S. District Court of the Eastern District of Pennsylvania and was served upon Plaintiff via First Class Mail and electronic mail.

Jordan Tyler Breslow
314 S. Henderson Rd, Unit G103
King of Prussia, Pennsylvania 19406
Jordanbreslow93@gmail.com
*Pro se Plaintiff*

                                          */s/ Erin K. Fountaine*
                                          Erin K. Fountaine