IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN TYLER BRESLOW, | : | |
| Plaintiff, | : | No. 21-cv-4915-JMY |
| | : | |
| v. | : | |
| | : | |
| CARVANA CO., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 29th day of March, 2022, upon consideration of Carvana, LLC's (incorrectly identified as "Carvana Co.") Motion to Stay Discovery (ECF No. 19) and the Consent to Stay (ECF No. 18) filed by the Plaintiff, it is hereby ORDERED that Defendant's Motion for Stay shall be DENIED.

It is FURTHER ORDERED that the Court's Order dated March 8, 2022 that scheduled a Rule 16 Conference (ECF No. 16) shall be VACATED, and the Rule 16 Conference set for May 5, 2022 is CANCELED.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge