IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN TYLER BRESLOW,    Plaintiff, | : : : | No. 21-cv-4915-JMY |
| v. | : : | |
| CARVANA CO.,    Defendant. | : : | |

**<u>ORDER</u>**

On February 25, 2022, Defendant, Carvana Co., filed a Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6).  (ECF No. 15.)  Upon consideration of the outstanding Motion to Dismiss, it is hereby ORDERED that:

1. Plaintiff shall file a Brief in Opposition to Defendants' Motion within thirty days of the date that this Order is entered on the docket.  Plaintiff is advised that failure to file a brief in opposition may result in Defendant's Motion being deemed unopposed, or the dismissal of this case.  See L.R. 7.1(c); Fed. R. Civ. P. 41.

2. All briefs shall conform to the requirements of Local Rule 7.1.

3. Plaintiff is also advised that under Local Rule 5.1(b) "[a]ny party who appears pro se shall file with the party's appearance or with the party's initial pleading, an address where notices and papers can be served.  Said party shall notify the Clerk within fourteen (14) days of any change of address." L.R. 5.1(b) (emphasis added).

The Clerk is DIRECTED to IMMEDIATELY TRANSMIT (Mail) copies of this Order to Plaintiff.

Date: March 29, 2022                                    BY THE COURT:

                                                          /s/ John Milton Younge
                                                        Judge John Milton Younge