# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jordan Tyler Breslow**, | : | Case No.   21-cv-4915-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **Carvana, Co.**, | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 21st day of April, 2022, it is hereby **ORDERED** that the initial pretrial conference in the above-captioned matter, scheduled for May 5, 2022 at 10:00 A.M. is **CANCELED**.

**BY THE COURT:**

/s/ *John Milton Younge*
_____
Judge John Milton Younge