## CERTIFICATE OF SERVICE

I, Erin K. Fountaine, hereby certify that on April 29, 2022, a copy of the foregoing *Reply in Support of Motion to Dismiss* was filed electronically with the Electronic Court Filing (CM/ECF) system of the U.S. District Court of the Eastern District of Pennsylvania and was served upon Plaintiff via First Class Mail and electronic mail.

Jordan Tyler Breslow
314 S. Henderson Rd, Unit G103
King of Prussia, Pennsylvania 19406
Jordanbreslow93@gmail.com
*Pro se Plaintiff*

                                       */s/ Erin K. Fountaine*
                                       Erin K. Fountaine

155749.00623/128739991v.1